**NATIONAL LABOR RELATIONS BOARD, Petitioner**

v.

**ST. CLOUD FDRY. AND MACHINE COMPANY.**

No. 16824.

United States Court of Appeals
Eighth Circuit.

Sept. 28, 1961.

Dominick L. Manoli, Assoc. Gen. Counsel and Marcel Mallet-Prevost, Asst. Gen. Counsel, Washington, D. C., for petitioner.

Paul G. Hoffman, St. Cloud, Minn., for respondent.

PER CURIAM.

Motion of petitioner for entry of default judgment granted, and Order of Labor Board of March 1, 1961 enforced, etc.

**UNITED STATES of America, Appellant,**

v.

**Trevanion M. Fulbright McCAULEY.**

No. 16849.

United States Court of Appeals
Eighth Circuit.

Sept. 22, 1961.

Osro Cobb, U. S. Atty., Little Rock, Ark., for appellant.

Gaston Williamson, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 193 F. Supp. 938, dismissed on stipulation of parties.

**Henry J. PONCE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 17078.

United States Court of Appeals
Ninth Circuit.

Oct. 24, 1961.

Russell E. Parsons, A. L. Wirin and Fred Okrand, Los Angeles, Cal., for appellant.

Francis C. Whelan, U. S. Atty., Thomas R. Sheridan, Asst. U. S. Atty., Chief, Criminal Division and Timothy M. Thornton, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, MERRILL and KOELSCH, Circuit Judges.

PER CURIAM.

Reversed and remanded with instructions:

(1) That judgment be entered for appellant on Counts 2 and 5 for the reason that the evidence is insufficient to establish guilt.

(2) That new trial be granted on Count 4 for the reason that it was prejudicial error to permit cross-examination upon collateral matters.